UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON HERBERT (#424915)

VERSUS

WARDEN JAMES M. LEBLANC, ET AL

CIVIL ACTION

NO. 06-291-A

## RULING

The court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 19, 2007 (doc. 12), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, petitioner's application for habeas corpus relief is hereby dismissed, without prejudice to later application upon exhaustion of state court post-conviction remedies.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 31, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA